```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

QUALITY FIRST PRODUCE,      )
INC.,                       )
                            )
     Plaintiff,             )
                            )   CIVIL ACTION NO.
     v.                     )     2:10cv769-MHT
                            )         (WO)
STATE LINE PRODUCE, LLC,    )
and JAMES THRASHER and      )
WAYNE HEADLEY, each         )
individually,               )
                            )
     Defendants.            )
```

## JUDGMENT

Pursuant to the stipulation to dismiss (doc. no. 18), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Wayne Headley and the claims against him are dismissed with prejudice. This case still remains pending as to the other defendants.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of November, 2010.

                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE