IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
QUALITY FIRST PRODUCE,    )
INC.,                     )
                          )
    Plaintiff,            )
                          )    CIVIL ACTION NO.
    v.                    )     2:10cv769-MHT
                          )         (WO)
STATE LINE PRODUCE, LLC,  )
and JAMES THRASHER,       )
individually,             )
                          )
    Defendants.           )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Quality First Produce, Inc. shall have and recover from State Line Produce, LLC, the sum of awarded $ 47,318.11 in damages.

(2) Plaintiff Quality First Produce, Inc. shall have and recover from State Line Produce, LLC, the additional sum of pre-judgment interest in the amount of 1.5 % per month from February 8, 2001, until the date of this

judgment as well as post-judgment interest until the judgment is satisfied.

It is further ORDERED that costs are taxed against plaintiff Quality First Produce, Inc., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 15th day of December, 2011.

                       /s/ Myron H. Thompson   
                      UNITED STATES DISTRICT JUDGE