IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
QUALITY FIRST PRODUCE,        )
INC.,                         )
                              )
      Plaintiff,              )
                              )        CIVIL ACTION NO.
      v.                      )          2:10cv769-MHT
                              )             (WO)
JAMES THRASHER,               )
                              )
      Defendant.              )
```

### JUDGMENT

Pursuant to the notice of dismissal (doc. no. 33), it is the ORDER, JUDGMENT, and DECREE of the court that defendant James Thrasher is dismissed without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 223rd day of December, 2011.

        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE